SONIA M. HAUGHEY, pro se
sonia.guardia@hotmail.com
105 La Ronda
Tustin, CA 92780
Tel:  714-225-8338
Fax: 619-839-3152

Attorney for Plaintiff
**SONIA M. HAUGHEY, pro se**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA M. HAUGHEY,<br><br>　　　　Plaintiff,<br>vs.<br><br>MGM RESORTS INTERNATIONAL, and DOES 1 TO 19, Inclusive,<br><br>　　　　Defendants. | Case No.: 8:21-cv-00175-JLS-JDE<br><br>**COMPLAINT FOR DAMAGES** |

## COMPLAINT

COMES NOW, Plaintiff, SONIA M. HAUGHEY and for his complaint, alleges as follows:

1. This is a civil action seeking monetary damages against Defendants for committing acts or omissions of negligence against Plaintiff.

## JURISDICTION

2. This civil action is brought for the redress of alleged deprivations of constitutional rights as protected by 42 U.S.C. §§ 1983, 1985, 1986, 1988,

and the Fourth and Fourteenth Amendments of the United States Constitution. Jurisdiction is founded on 28 U.S.C. §§ 1331, 1343, and 1367.

3. Venue is properly within this District under 28 U.S.C. §1390 because the long arm statute reached the Defendant in the court's geographical location in Orange County, California.

4. Plaintiff is a citizen of the state of Nevada and at the time of the filing of this Action, defendant MGM RESORTS INTERNATIONAL was and presently is a Delaware corporation and substantially conducts business in the state of California and has a business office located in the state of Nevada. Defendant MGM RESORTS INTERNATIONAL is a citizen of the state of Delaware and Nevada. There is thus complete diversity between Plaintiff and the Defendant.

## PARTIES

5. Plaintiff, SONIA M. HAUGHEY, is a citizen and resident of the state of California and the United States of America.

6. Defendant MGM RESORTS INTERNATIONAL, INC, at all times relevant hereto, was a Delaware Corporation, and substantially conducts business in the state of California, and has a business office located in the state of Nevada.

7. Plaintiff sues Defendant, MGM GRAND INTERNATIONAL INC.

## COUNT I – NEGLIGENCE
## MGM RESORTS INTERNATIONAL, INC AND ALL DOES

8. Plaintiff repeats and re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 8 above with the same force and effect as if herein set forth.

9. On or about October 20, 2020, at !0:30 a.m. the Plaintiff, SONIA M. HAUGHEY, slip and fell in liquid spilled in the Defendant's premises,

the Bellagio Hotel and Casino, located: 3600 South Las Vegas Boulevard, Las Vegas, Nevada 89109.

10. At said time and place, the Bellagio Hotel and Casino was owned by Defendant, MGM RESORTS INTERNATIONAL.

11. At this time and place, it became and was the duty of the Defendant, MGM RESORTS INTERNATIONAL, to exercise due care and caution in the operation of its commercial premises.

12. At this time and place, the Plaintiff, SONIA M. HAUGHEY, was a guest in the Defendant's premises and exercise due care and caution, along with and upon the Defendant's premises, as aforesaid.

13. At this time and place, the Defendant, MGM RESORTS INTERNATIONAL, negligently failed to dry the water spill by the guest elevators and casino.

14. The Defendant, MGM RESORTS INTERNATIONAL, was then and there guilty of one or more of the following negligent acts or omissions:

    a. Negligently and carelessly make the premises safe for the guest;

    b. Negligently and carelessly failed to find and dry the water spill;

    c. Negligently and carelessly warn the guest of dangers in the premises;

    d. Failed to safely operate the commercial premises;

    e. Negligently failed to investigate dangers to the guest;

    f. Operation of the Defendant's business became dangerous for the dangerous conditions;

    g. Disregard the hazard conditions in the premises;

    h. Negligently deviated the Plaintiff of the enjoyment of her vacations on the premises to seek emergency care;

    i. Failed to keep a proper lookout for another guest; and

    j. Negligently caused Plaintiff's injuries.

15. As a direct and proximate result of one or more of these aforesaid negligent acts or omissions, the Defendant's failure to make the commercial premises safe for the Plaintiff caused the Plaintiff to slip and fall inside of the Defendant's premises whereby the Plaintiff sustained great and severe personal injuries. These injuries caused the Plaintiff to experience great pain and suffering and caused the Plaintiff to seek medical attention. The Plaintiff was caused to expend considerable sums of money for necessary medical care and attention and may be liable for future medical expense for these injuries. These injuries rendered the Plaintiff unable to perform her daily work and affairs whereby the Plaintiff sustained the loss of great gains and profits. The Plaintiff also sustained the loss of his enjoyment of a normal life.

16. WHEREFORE, the Plaintiff, SONIA M. HAUGHEY, prays for damages against the Defendant, MGM RESORTS INTERNATIONAL, in a sum of reasonable monetary compensation plus her costs of this action and any other such other relief to be deemed just and equitable.

## COUNT II – RESPONDEAT SUPERIOR MGM RESORTS INTERNATIONAL TRANSPORTATION SYSTEMS INC

17. Plaintiff repeats and re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 19 above with the same force and effect as if herein set forth.

18. On or about October 20, 2020, and at the time of the collision with Plaintiff as previously described, Defendant's agents DOES 1-19 were

acting within the scope of his employment with Defendant MGM RESORTS INTERNATIONAL.

19. On or about October 20, 2020, and at the time of the Plaintiff's slip and fall as previously described, Defendant's agents DOES 1-19 had the purpose of benefit the Defendant, MGM RESORTS INTERNATIONAL and related to the employment with Defendant, MGM RESORTS INTERNATIONAL.

20. At said time and place, and at the time of the Plaintiff's slip and fall as previously described, the Bellagio Hotel and Casino, located: 3600 South Las Vegas Boulevard, Las Vegas, Nevada 89109, was owned by Defendant, Bellagio Hotel and Casino, located at 3600 South Las Vegas Boulevard, Las Vegas, Nevada 89109.

21. As a direct and proximate result of one or more of these aforesaid negligent acts or omissions, the Defendant caused the Plaintiff's slip and fall sustained great and severe personal injuries. These injuries caused the Plaintiff to experience great pain and suffering and caused the Plaintiff to seek medical attentions. The Plaintiff was caused to expend considerable sums of money for necessary medical care and attention and may be liable for future medical expense for these injuries. These injuries rendered the Plaintiff unable to perform her daily work and affairs, whereby the Plaintiff sustained the loss of great gains and profits. The Plaintiff also sustained the loss of her enjoyment of a normal life.

22. WHEREFORE, the Plaintiff, SONIA M. HAUGHEY, prays for damages against the Defendant, MGM RESORTS INTERNATIONAL, based upon the negligent acts in a sum of reasonable monetary compensation plus costs of this action and any other such other relief to be deemed just and equitable.

# CONCLUSION

WHEREFORE, Plaintiff, SONIA M. HAUGHEY, prays for judgment against the Defendants, MGM RESORTS INTERNATIONAL, for:

1. For general damages according to proof at time of trial;
2. For special **damages accord**ing to proof at time of trial
3. For reasonable **attorneys'** fees and costs according to proof;
4. For interest as allowed by law;
5. For cost of suit herein; and
6. Such other **and further** relief as the Court may deem proper.

Respectfully Submitted,

Dated: _____     By: _/s/ Sonia Haughey_____

SONIA M. HAUGHEY
Plaintiff pro se,

January 8, 2020

### Sonia M. Haughey's Declaration In Support Of The Motion

I, **Sonia M. Haughey (Plaintiff)**, under penalty of perjury of the laws of the United States, hereby depose and state as follows:

1. I am competent to testify to the matters discussed in this document;
2. That I reside at the following address: 105 La Ronda, Tustin, CA 92780;
3. That I was born on January 2, 1955, and I am presently 66 years old;
4. On or about October 20, 2020, I was a guest at the Defendant's premises, the Bellagio Hotel and Casino, located: 3600 South Las Vegas Boulevard, Las Vegas, Nevada 89109.
5. On or about October 20, 2020, at 10:30 a.m. the Plaintiff, SONIA M. HAUGHEY, slip and fell in liquid spilled in the Defendant's premises, the Bellagio Hotel and Casino, located: 3600 South Las Vegas Boulevard, Las Vegas, Nevada 89109;
6. On or about October 20, 2020, the Plaintiff, SONIA M. HAUGHEY, reported the slip and fall incident to the Defendant, and its agents helped Plaintiff to get up and they applied a cold pad on Defendant;
7. That on October 31, 2020, I sent to the Defendant, MGM RESORTS INTERNATIONAL, a demand letter to settle these issues;
8. That I requested case status since November 5, 2018, unsuccessfully in order to obtain a decision;
9. That on October 6, 2020, and October 20, 2020, the Defendant sent denial letters to my settlement offer;
10. That the information contained in this declaration is correct to the best of my knowledge.

Executed this 8th day of January 2021, under penalty of perjury under the laws of The United States.

Sincerely

*[signature]*
Sonia M. Haughey, pro se

